**FILE COPY**

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

RE:   Case No. 01-14-00766-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
April 21, 2015
4/22/2015 7:55:00 AM
CHRISTOPHER A. PRINE
Clerk

Style:  Keith Porter
    v. Patricia Porter

The time for filing the APPELLANT'S brief has expired.  As of this date, neither the brief nor a motion for extension of time has been filed by the appellant. **If you intend to file a brief in this case, within 10 days of the date of this notice you must file a motion requesting an extension of time along with your brief or a motion to extend time to file a brief.**

This appeal may be dismissed for want of prosecution unless (1) appellant files a motion to extend time that states the facts relied on to reasonably explain appellant's failure to timely file its brief and (2) the appellee is not significantly injured by appellant's failure to timely file appellant's brief.  *See* TEX. R. APP. P. 10.5(b)(1), 38.6(d), 38.8(a)(1),42. **Please notify the Court within 10 days if you do not intend to file a brief.**

T. C. Case # 2013-47027                    Christopher A. Prine, Clerk of the Court

Myrna  Guidry
3730 Kirby Dr Ste 1200
Houston, TX  77098-3985
***DELIVERED VIA E-MAIL***

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

                                                    April 21, 2015

RE:   Case No. 01-14-00766-CV

Style:  Keith Porter
    v. Patricia Porter

The time for filing the APPELLANT'S brief has expired.  As of this date, neither the brief nor a motion for extension of time has been filed by the appellant. **If you intend to file a brief in this case, within 10 days of the date of this notice you must file a motion requesting an extension of time along with your brief or a motion to extend time to file a brief.**

This appeal may be dismissed for want of prosecution unless (1) appellant files a motion to extend time that states the facts relied on to reasonably explain appellant's failure to timely file its brief and (2) the appellee is not significantly injured by appellant's failure to timely file appellant's brief.  *See* TEX. R. APP. P. 10.5(b)(1), 38.6(d), 38.8(a)(1),42. **Please notify the Court within 10 days if you do not intend to file a brief.**

T. C. Case # 2013-47027                    Christopher A. Prine, Clerk of the Court

Sonya  Chandler-Anderson
405 Main St Ste 701
Houston, TX  77002-1827
***DELIVERED VIA E-MAIL***